UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JAMES ZIZI,

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR ( )( )~~

20 mag/21/3

Defendant __James Zizi_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_/s/ James Zizi_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_James Zizi_____
Print Defendant's Name

_Jason Ser_____
Defendant's Counsel's Signature

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_11/12/2020_
Date

_Andrew Krause_____
~~U.S. District Judge~~/U.S. Magistrate Judge